UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CRIMINAL ACTION NO.  0:20-22-DLB

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                                                        PLAINTIFF

VS.                              **SENTENCING MEMORANDUM**

ERIC DUANE ELMORE                                                                                  DEFENDANT

********************

Comes now the defendant, by counsel, and submits the following Sentencing Memorandum. The defendant has filed no objections to the Presentence Investigation Report ("PSR").

**SUMMARY OF THE GUILTY PLEA**

Mr. Elmore has entered a plea of guilty to the single-count indictment which charges that he violated 18 U.S.C.§ 2422 (b) by attempting online enticement of a minor.

The plea agreement recommended to the Court includes the following non-binding sentencing Guidelines calculations:

a)    United States Sentencing Guidelines (U.S.S.G), November 1, 2018, manual, will determine the Defendant's guidelines range.

b)    Pursuant to U.S.S.G § 1B1.3, the Defendant's relevant conduct includes the conduct described in ¶3 and the provided discovery materials.

c)    Pursuant to U.S.S.G § 2G1.3(a)(3), the base offense level is 28.

d)    Pursuant to U.S.S.G § 2G1.3(b)(2)(B), increase the offense level by 2 levels

because a participant otherwise unduly influenced a minor to engage in prohibited sexual conduct.

    (e)    Pursuant to U.S.S.G § 2G1.3(b)(3)(A), increase the offense level by 2 levels because "the offense involved the use of a computer… to …. Persuade, induce, entire, (or) coerce… the minor to engage in prohibited sexual conduct (.)"

    (f)    Pursuant to U.S.S.G § 3E1.1 and unless the Defendant commits another crime, obstructs justice, or violates a court order, decrease the offense level by 2 levels for the Defendant's acceptance of responsibility. If the offense level determined prior to this 2-level decrease is level 16 or greater, the United States will move to at sentencing to decrease the offense level by 1 additional level based on the Defendant's timely notice of intent to plead guilty.

The Defendant will not file a motion for decrease in the offense level based on a mitigating role pursuant to U.S.S.G § 3B1.2 or a departure motion pursuant to U.S.S.G Chapter 5, Parts H or K.

The defendant waived his right to appeal the guilty plea, conviction, and sentence. Except for claims of ineffective assistance of counsel, the Defendant also waives the right to attack collaterally the guilty plea, conviction, and sentence.

## SENTENCING FACTORS UNDER 18 U.S.C. § 3553(a)

A. <u>The nature and circumstances of the offense and the history and characteristics of the defendant.</u>

Under 18 U.S.C. § 3553 (a)(1) the court must consider "the nature and circumstances 8of the offense and the history and characteristics of the defendant." The defendant is satisfied that the court is well aware of the nature and circumstances of the offense. This portion of the Sentencing Memorandum will focus on the history and characteristics of the defendant.

2

Eric Elmore is 48 years old and has a history of being physically abused by his father as a child and thereafter developed a substance abuse problem which contributed, in part, to the instant charge. Eric describes being beaten by his father on a nearly daily basis. As a child he was the object of his father's violent impulses and he believes that much of his substance abuse problems over the years are a result of having been victimized by his father for several years. Eric has abused several substances at different periods of his life. During the time relevant to the instant charge, Eric was drinking as much as ½ gallon of bourbon per day. It is likely that his substance abuse and heavy drinking contributed to the irrational thinking and behavior which resulted in the indictment. Eric does not have a history of being a child sex predator. He struggles to explain how he allowed himself to become so unstable that he developed an infatuation with a teenager. On multiple occasions Eric has demonstrated absolute shame and embarrassment for his conduct. Eric accepts responsibility for his conduct and understands that actions will result in a mandatory 10 year minimum sentence. He intends to take advantage of the correctional and rehabilitative programs the Bureau of Prisons offers.

B. <u>The need for sentence to deter, protect and rehabilitate.</u>

Pursuant to 18 U.S.C. § 3553(a)(2) the sentence is to satisfy certain criteria which would, in summary, reflect the seriousness of the offense, deter criminal conduct, protect the public, and serve to rehabilitate the defendant. All of these factors can be met in the instant case with a sentence at the mandatory minimum 10 year sentence.

Under 18 U.S.C. § 3553(a)(2)(A) and (B), the sentence must "reflect the seriousness of the offense...promote respect for the law, and...provide just punishment," as well as "afford

adequate deterrence to criminal conduct". The 10 year mandatory minimum sentence is sufficient punishment in the case to satisfy this sentencing factor. In the instant case, it is not necessary to impose a greater sentence than 10 years in order to meet these objectives.

The public would certainly be protected if Mr. Elmore were sentenced to 10 years imprisonment because the defendant has no prior criminal history indicating a pattern of predatory behavior and he will likely receive appropriate correctional treatment during the lengthy term of his incarceration.

Respectfully submitted,

/s/ Michael R. Campbell
CAMPBELL AND ROGERS, PLLC
*Attorney for Defendant,*
*Franklin Certain, Jr.*
154 Flemingsburg Road
Morehead, KY  40351
(606) 783-1012
FAX (606) 784-8926
E-mail:  mrcampbell@windstream.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on 11 October 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Erin Roth
Assistant United States Attorney
Erin.Roth@usdoj.gov

                                                 /s/ Michael R. Campbell
                                                 MICHAEL R. CAMPBELL